AFFIDAVIT OF SERVICE

Greene County Sheriff's Office
Richard H. Hussey
80 Bridge Street
P.O. Box 231
Catskill, New York 12414
(518) 943-3300

Judge Naomi Reice Buchwald

STATE OF NEW YORK
United States District Court

Docket#: 04-201 Account#: 04-0000201 Atty Ref#: 04CV2001

Louis S. Carbone , William Loughran et al

,Plaintiff,

-against-

Franklin S. Marone , Marita R. Marone
Patrollers Capital Fund

,Defendant,

RECEIVED
MAR 31 2004
U.S.D.C. S.D.N.Y.
CASHIERS

SERGEANT JOHN STEGVILLE , being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York .

SERGEANT JOHN STEGVILLE states that on Tuesday, March 23, 2004 at 01:30 PM at:
Greene County Jail,80 Bridge St.
Catskill, NY 12414
service of the annexed Summons & Complaint was made upon:

Franklin S. Marone

the Defendant named herein in the following manner:
Personal Service
By delivering to and leaving with Franklin S. Marone , in hand, a true copy thereof, said person being known to me as the person mentioned and described herein.

At the time of the service the defendant was asked if he/she is in the military service of the United States and he/she stated that he/she is not.

The person served is described as:

Skin Color - white
Sex - Male
Age - 41
Hair Color - Brown
Height - 5' 6"
Weight - 155 lbs

SERGEANT

3/24 /04
Dated

Sworn and Subscribed to Before Me

this 24th day of March 2004

Theresa A. Brett
Notary

Theresa A. Brett
Notary Public, State of New York
No. 01BR6039472
Qualified in Greene County
Commission Expires 04/03/2006

U S District Court of The State of New York — Index #: 04 CV 2001

County of Southern — Date Purchased: 03/15/04

Plaintiff: Louis S Carbone Et Al

vs

Defendant: Franklin S Marone Marita R Marone And Patrollers Capital

State of Connecticut : County of Fairfield :ss:

Eric Rubin, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of CT.

That on 3/22/04 at 2:03 PM at 115 Burrwood Common, Fairfield, CT. deponent served the within Summons In A Civil Case & Complaint on Franklin S Marone defendant therein named.

INDIVIDUAL A [ ] — By Personally delivering to and leaving with said ______ and that he knew the person to be the person mentioned and described in said ______

CORPORATION B [ ] — By delivering to and leaving with ______ at ______ and that he knew the person served to be the ______ of the corporation.

Suitable age Person C [X] — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with Marita R. Marone, Spouse a person of suitable age and discretion at 115 Burrwood Common, Fairfield, CT. the said premises being the defendants - respondents (dwelling place)(usual place of abode)(place of business) within the State of Connecticut

Affixing to Door, etc. D [ ] — By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of ______

Mailing use with C or D E [X] — Deponent completed service under the last two sections by depositing a copy of the Summons&Complaint in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of CT. on 3/26/04 in an envelope bearing the legend personal and confidential.

Use with D F [ ] — Previous Attempts
Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o Description Use with A,B & C — A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age 36-50 Approx Weight 100-130 Approx Height 5'5" Sex Female
Color of Skin White Color of Hair Brown Other ______

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary--> Sworn to before me this March26, 2004

[signature]

Ksenia V. Rubin-Notary Public
State of CT. - My Commission Exp. 12/31/07

[signature]
Process Server Eric Rubin

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812