UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LOUIS S. CARBONE, EDWARD BARONE, ALAN BILLINGS, EUGENE CARFORA, COLEMAN CHRISTIE, JOHN FULLER, KEVIN GILLIGAN, RUDI HARBAUER, LEO J. HENGSTLER, CRAIG JEFFREY, PETER JENKO, JOHN KAMIN, KEVIN KENNEDY, KEVIN J. KRAZIT, MATTHEW LANCTO, ROGER LOUGHRAN, WILLIAM LOUGHRAN, EDWARD MAASSMANN, GERALD MCCLOSKEY, MICHAEL MCKEEFREY, OTTO MERMELSTEIN, TIBOR MERMELSTEIN, JAMES G. MEUERS, MICHAEL SCHUREK, WILLIAM SHAW JOEL J. SHERMAN, LAURENCE SHERMAN, JOSEPH J. SWEENEY, LIAM TREACY, MAURICE J. VAN DYKE, TIMOTHY WOODS, WILLIAM KELLY, AND WILLIAM SHERMAN,

Plaintiffs,

-against-

FRANKLIN S. MARONE, MARITA R. MARONE, and PATROLLERS CAPITAL FUND,

Defendants.

---

04 Civ. 2001 ( )

**AFFIDAVIT OF SERVICE**

RECEIVED
MAR 31 2004
U.S.D.C. S.D. N.Y.
CASHIERS

Judge Naomi Reice Buchwald

STATE OF NEW YORK )
: ss:
COUNTY OF NEW YORK )

HAMIDA JOSEPH, being duly sworn, deposes and says:

1. That I am over the age of eighteen years, reside in the Bronx, New York and am not a party to the within action.

2. On the 16th day of March, 2004, I served a true and correct copy of Plaintiffs' Summons and Complaint by Messenger Service on Eliot Lauer, Esq., Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178-0061, attorneys for the Defendant Marita R. Marone.

3. Defendant's attorneys had agreed to accept service on Defendant Marita R. Marone's behalf.

Hamida Joseph
HAMIDA JOSEPH

Sworn to before me this
30th day of March, 2004

Jennifer Pogorelec
Notary Public

JENNIFER ANNE POGORELEC
Notary Public, State of New York
No. 02PO6067402
Qualified in New York County
Commission Expires December 10, 2005